**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK) |
| This Document Relates To:<br><br>15-cv-1741 | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of Court and all parties of record:

Please take notice that the undersigned attorneys Stephen R. Neuwirth, Faith E. Gay, Jon Corey, Adam B. Wolfson and Kyle R. Taylor hereby give notice of their withdrawal as counsel for Plaintiff Israel Katz, on behalf of himself and all others similarly situated ("Plaintiff"). The basis for the withdrawal is that Quinn Emanuel is no longer representing Mr. Katz. Attorneys from Bernstein Liebhard, LLP will continue to represent Plaintiff in this matter.

Dated: May 13, 2016

Respectfully submitted,



Israel Katz
Plaintiff, on behalf of himself and all others similarly situated

/s/Stephen R. Neuwirth

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
stephenneuwirth@quinnemanuel.com

/s/Faith E. Gay

Faith E. Gay
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
faithgay@quinnemanuel.com

/s/Jon Corey

Jon Corey
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street, NW, 11th Floor
Washington, DC 20001
Telephone: (202) 538-8000
joncorey@quinnemanuel.com

/s/Adam B. Wolfson

Adam B. Wolfson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
adamwolfson@quinnemanuel.com

/s/Kyle R. Taylor
Kyle R. Taylor
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
kyletaylor@quinnemanuel.com